EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR02-00475 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 2113(a)] |
| YUSUF SAMORI, ) | |
| Defendant. ) | |

## I N D I C T M E N T

The Grand Jury charges that:

On or about October 29, 2002, in the District of Hawaii, defendant YUSUF SAMORI, by intimidation, did attempt to take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of

//

the ~~Hawaii National~~ *First Hawaiian* 11/14/02 Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: NOvember 14, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. YUSUF SAMORI
Cr. No.
"INDICTMENT"