# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2006

at __10__ o'clock and __20__ min __A__ M
SUE BEITIA, CLERK

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. CA No. 03-10498     U.S. District Court Case No. CR-02-00475-SOM

Short Case Title   United States of America v. Yusuf Samori

Date Notice of Appeal Filed by Clerk of District Court    9/5/03

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 07 2006

at __4__ o'clock and __  __ min __PM__ M
SUE BEITIA, CLERK

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 10/31/02 | ( Ct Rptr: C5 No Record) by Judge Kevin SC Chang | MINUTES: Initial appearance |
| 11/18/02 | (Ct C5 957) by Judge Chang (gs) | MINUTES: A & P to the Indictment |
| 1/06/03 | (Ct Rptr: Debra Chun) by Judge Mollway (gs) | MINUTES: Motion for Withdraw not Guilty and to Plea and to Plead Anew-Defendant |
| 5/15/03 | ( Ct Rptr: C5; 1125) by Judge Chang (gs) | MINUTES: Motion to withdraw as Counsel |
| 7/28/03 | (Ct Rptr: C6; 1444) by Judge Kobayashi (gs) | MINUTES: [32-1] Deft Yusuf Samori's Motion to withdraw his guilty plea and motion for Mental Examination |

(Attach additional page for designations if necessary)   SEE ATTACHMENT

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( )   As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X)   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered   12/05/2005            Estimated date for completion of transcript  1/16/06 (due date set by clerk, Ninth Circuit, see order filed 11/21/05

Print Name of Attorney  Georgia K. McMillen                    Phone Number (808) 891-9393

Signature of Attorney _____

Address  Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793

### SECTION B - To be completed by court reporter

I, _____ have received this designation.
       (Signature of court reporter)
(X) Arrangements for payment were made on   12-13-2005

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__70__ Approximate Number of Pages in Transcript - Due Date  1/16/2006

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed  1/24/2006   Court Reporter's Signature _____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn        02/08/06            BY: _____
(U.S. District Court Clerk)     (Date)                    DEPUTY CLERK

ATTACHMENT to Transcript Designation & Order Form

USA v. Yusuf Samori, CR No. CR-02-00475-SOM

8/25/03  36   EP: MINUTES: Sentencing to the Indictment. ( Ct Rptr: Debra Chun) by Judge Mollway (gs)

9/9/03  41   EP: MINUTES: Deft's Yusuf Samori's Motion for withdrawal and substitution of counsel. (Ct Rptr: C6; 1457) by Judge Kurren.

4/28/05  56   EP: MINUTES: Motion for New Counsel. (Ct Rptr: C7; 9:37-9:47) by Judge Kobayashi.