AO 442 (Rev. 10/03) Warrant for Arrest

703683

# UNITED STATES DISTRICT COURT

## District of Hawaii

UNITED STATES OF AMERICA

V.

YUSUF SAMORI

(Name and Address of Defendant)

### WARRANT FOR ARREST

Case Number: CR 02-00475SOM-01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 3 0 2006

at ___ o'clock and ___ min.___M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST YUSUF SAMORI and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should be revoked

```
U.S. MARSHALS SERVICE
HONOLULU, HI.
2006 JUN 26  PM 3: 01
RECEIVED
```

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| Signature of Issuing Officer/Deputy Clerk | JUNE 26, 2006 at Honolulu, Hawaii |
|---|---|
|  | Date and Location |

Bail Fixed at No Bail Warrant          By: Susan Oki Mollway, United States District Judge

| RETURN |
|---|

This warrant was received and executed with the arrest of the above-named defendant at _____
_____ .

| Date Received 6/26/06 | NAME AND TITLE OF ARRESTING OFFICER Tony Cole DUSM | SIGNATURE OF ARRESTING OFFICER Tony Cole. |
|---|---|---|
| Date of Arrest 6/28/06 | | |