# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00475SOM |
| CASE NAME: | USA vs. Yusuf Samori |
| ATTYS FOR PLA: | Wes Porter<br>Frank Condello (USPO) |
| ATTYS FOR DEFT: | Georgia McMillen |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/6/2006 | TIME: | 9:55 - 10:30 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Yusuf Samori present and in custody.

Discussion held re: defendant's medical condition.

Defendant admits to violation nos. 1 - 5.

Court finds that there is sufficient evidence to support all violations and the defendant has not met the conditions of supervised release.

Court provides notice that it is considering sentencing the defendant higher than the sentencing guidelines.

This hearing is continued to 7/21/06 @ 9:45 a.m.

Deft may file a brief by 7/18/06.

Government may file a reply no later than the morning of 7/20/06.

Submitted by: Toni Fujinaga, Courtroom Manager.