# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:          CR NO. 02-00475SOM

CASE NAME:            United States of America Vs. Yusuf Samori

ATTYS FOR PLA:        Wes Reber Porter

ATTYS FOR DEFT:       Georgia McMillen

INTERPRETER:

| JUDGE: | Susan Oki Mollway | REPORTER: | Cynthia Fazio |
|---|---|---|---|
| DATE: | 07/21/2006 | TIME: | 9:55am-l0:04am |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release should not be Revoked-Defendant present in Custody.

Please Note-This is a continued hearing from July 06, 2006 Hearing [76] Order to Show Cause Why Supervised Release should not be revoked.

Sentence-Imprisonment-12 Months.

Court Recommendation-1. FDC-Honolulu, Hawaii.

Mittimus Forthwith.


Submitted by Leslie L. Sai, Courtroom Manager