# ORIGINAL

**The Law Office of Georgia K. McMillen**

Georgia K. McMillen, Esq. # 6422
P.O. Box 1512
Wailuku Maui, HI 96793
Telephone & Fax: (808) 242-4343
Email: gmcmillen@earthlink.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 8 2006

at __1__ o'clock and __00__ min. __P__ M
SUE BEITIA, CLERK

ATTORNEY FOR DEFENDANT, YUSUF SAMORI

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-02-00475-SOM |
| Plaintiff, ) | |
| vs. ) | NOTICE OF APPEAL; |
| YUSUF SAMORI, ) | CERTIFICATE OF SERVICE |
| Defendant. ) | |

### NOTICE OF APPEAL

Notice is hereby given that pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure the defendant in the above named case, YUSUF SAMORI, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment and sentence imposed by the Honorable Susan Oki Mollway, U.S. District Court for the District of Hawai'i, in this action on July 21, 2006.

DATED:    July 25, 2005.

_____
GEORGIA K. MCMILLEN
Attorney for Defendant, Yusuf Samori

## CERTIFICATE OF SERVICE

I, GEORGIA K MCMILLEN, certify that a true and exact copy of the foregoing document was duly mailed to the following on July 25, 2006.

> Wes Porter, Assistant U.S. Attorney
> PJKK Federal Building
> 300 Ala Moana Blvd., Room 6100
> Honolulu, HI 96813
>     ATTORNEY FOR PLAINTIFF,
>     UNITED STATES OF AMERICA

Dated: July 25, 2006

_____
Georgia K. McMillen
Attorney for the Defendant, Yusuf Samori