# Georgia K. McMillen
## Attorney at Law

P.O. Box 1512
Wailuku Maui, Hawai'i 96793

Tel. / Fax: (808) 242-4343
E-Mail: gmcmillen@lawyerhawaii.com

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 28 2006
DISTRICT OF HAWAII

July 25, 2006

Clerk of the Court
U.S. District Court for the District of Hawai'i
300 Ala Moana Blvd.
Honolulu, HI 96850

RE:   U.S.A. v. Yusuf Samori, U.S. Dist. Ct. No. 02-00475-SOM

Dear Clerk of the Court:

I am the CJA attorney appointed on November 22, 2005, to represent the defendant Yusuf Samori.

Enclosed please find the original and five (5) copies of the defendant's Notice of Appeal and Certificate of Service. I've enclosed an additional copy. Kindly stamp it "Filed" and return the same to me in the self-addressed stamped envelope.

Upon information and belief, the District Court has granted defendant Criminal Justice Act status. Thus, pursuant to Ninth Circuit Rule 3-1(a) and 4-1(b) defendant is entitled to file the Notice of Appeal without prepayment of fees.

Respectfully,

Georgia K. McMillen
Enclosures