## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

August 31, 2006

Wes Porter, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI  96850

    IN RE:    U.S.A v. YUSUF SAMORI
    CR NO.   CR 02-00475SOM-01

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 07/28/06.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                    Sincerely,
                                    Sue Beitia, Clerk

                           By    Laila M. Geronimo
                                    Deputy

cc:    Clerk, 9th CCA w/copy of NA,
           docket sheet, dfnf
      Georgia K. McMillen, Esq.
           with copy of instructions for criminal appeals
           Transcript Desig. & Ordering Form
           with instructions and a copy of the
           docket sheet

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. YUSUF SAMORI

    **U.S. COURT OF APPEALS DOCKET NUMBER:**_____

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00475SOM-01

II. **DATE NOTICE OF APPEAL FILED:** 07/28/06

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA

    **DOCKET FEE PAID ON:**  **AMOUNT:**

    **NOT PAID YET:**  **BILLED:**

    **U.S. GOVERNMENT APPEAL:**  **FEE WAIVED:**

    WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?

    IF YES, SHOW DATE:

    WAS F.P. STATUS REVOKED:  DATE:

    WAS F.P. STATUS LIMITED IN SOME FASHION?

    IF YES, EXPLAIN:

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

    Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

| | | |
|---|---|---|
| TO: | Clerk, U.S. Court of Appeals | Date: August 31, 2006 |
| FROM: | Clerk, U.S. District Court, Hawaii | |
| SUBJECT: | New Appeals Docketing Information, Criminal Case | |

## CASE INFORMATION

COMPLETE TITLE:     U.S.A. vs YUSUF SAMORI

U.S.D.C CASE NO.    CR 02-00475SOM-01

U.S.D.C. JUDGE:     Susan Oki Mollway

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED:    10/30/02

APPEALED ORDER FILED:    08/04/06

NOTICE OF APPEAL FILED:    07/28/06

## COUNSEL INFORMATION

APPELLANT:
Georgia K. McMillen, Esq.
P.O. Box 1512
Wailuku, Maui, HI  96793

APPELLEE:
Wes Porter, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI  96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:

F/P GRANTED:    __

NO OF DAYS OF TRIAL:    _

CUSTODY:    ✓

BAIL:    __

COUNSEL WAIVED:    __

COURT REPORTER(S):    Debra Chun, ESR