AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:      1:02CR00475-001                                    Judgment - Page 3 of 3
DEFENDANT:        YUSUF SOMORI

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 MONTHS

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       FDC-Honolulu, Hawaii

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2006

at 2 o'clock and 15 min. p.m.
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

_____

Defendant delivered on  24 AUG 2006  to  FEDERAL DETENTION CENTER
                                         P.O. BOX 30547
                                         HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

                                             John T. Rathman
                                             UNITED STATES MARSHAL
                                             WARDEN

                                    By       J. Luniu
                                             Deputy U.S. Marshal
                                             Legal Tech

ORIGINAL

AO 245D (Rev. 3/96) Sheet 1 - Judgment in a Criminal Case for Revocation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court
## District of Hawaii

RECEIVED
2006 SEP [illegible]
U.S. MARSHALS SERVICE
HONOLULU, HI.

AUG 04 2006
at 2 o'clock and 40 min P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
v.
**YUSUF SAMORI**
(Defendant's Name)

cc: USM
fin
x1

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:   1:02CR00475-001
USM Number:
Georgia McMillen, Esq.
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) General Condition, Special Condition No. 1, Standard Conditions No. 3 and No. 7 of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

U.S. MARSHALS SERVICE HONOLULU, HI.
2006 AUG -7 PM 12: 45
RECEIVED

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:

Defendant's Residence Address:

Defendant's Mailing Address:

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District Court, District of Hawaii
By _____ Deputy

Juy 21, 2006
Date of Imposition of Sentence

/s/ Susan Oki Mollway
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

AUG 0 3 2006
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:02CR00475-001
DEFENDANT: YUSUF SOMORI

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject refused to comply with drug testing | 5/17/2006 and 6/14/2006 |
| 2 | Subject's urine specimens tested positive for marijuana | 5/22/2006 and 6/16/2006 |
| 3 | Subject failed to attend substance abuse counseling | 6/14/2006 and 6/21/2006 |
| 4 | Subject failed to follow instructions of the Probation Officer | |