# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. YUSUF SAMORI

  **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-10539

  **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

  **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00475SOM-01

II. **DATE NOTICE OF APPEAL FILED:** 07/28/06

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA

  **DOCKET FEE PAID ON:**           **AMOUNT:**

  **NOT PAID YET:**                 **BILLED:**

  **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**

  **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

  **IF YES, SHOW DATE:**

  **WAS F.P. STATUS REVOKED:**     **DATE:**

  **WAS F.P. STATUS LIMITED IN SOME FASHION?**

  **IF YES, EXPLAIN:**

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 11 2006
DISTRICT OF HAWAII

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

  Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)