IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. CA No. 06-10539   U.S. District Court Case No. CR-02-00475 SOM

Short Case Title __United States of America v. Yusuf Samori__

Date Notice of Appeal Filed by Clerk of District Court _____7/26/06_____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

**SECTION A - To be completed by party ordering transcript**

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 07/06/2006 | Rptr: Debra Chun | Hearing, Order to Show Cause Why Supervised Release Should Not Be Revoked |
| 07/21/2006 | Rptr: Cynthia Fazio. | Continued hearing, Order to Show Cause Why Supervised Release Should Not Be Revoked, sentence imposed |

(Attach additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( )   As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered ___09/08/06___   Estimated date for completion of transcript: 10/19/06 (due date set by District Court, order filed 8/29/06)

Print Name of Attorney __Georgia K. McMillen__   Phone Number __(808) 242-4343__

Signature of Attorney _____

Address __Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793__

**SECTION B - To be completed by court reporter**

I, _____ have received this designation.
       (Signature of court reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript -- Due Date _____

**SECTION C - To be completed by court reporter**

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D - To be completed by the Clerk**

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia                                   BY: _____
(U.S. District Court Clerk)   (Date)                    DEPUTY CLERK