# Georgia K. McMillen
## Attorney at Law

P.O. Box 1512
Wailuku Maui, Hawai'i  96793

Tel. / Fax: (808) 242-4343
E-Mail: gmcmillen@lawyerhawaii.com

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 11 2006

DISTRICT OF HAWAII

September 8, 2006

Clerk of the Court
U.S. District Court for the District of Hawai'i
300 Ala Moana Blvd.
Honolulu, HI 96850

RE:   U.S.A. v. Yusuf Samori, U.S. Dist. Ct. No. 02-00475-SOM; C.A. No. 06-10539

Dear Clerk of the Court:

I am the CJA panel attorney for the defendant, Yusuf Samori.

Enclosed please find the original and one copy of the Transcript Designation for this matter, now on appeal to the Ninth Circuit. Kindly file the original, and return the copy to me stamped "Filed" in the self-addressed stamped envelope.

Respectfully,

Georgia K. McMillen
Enclosures