**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 18 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>YUSUF SAMORI,<br><br>        Defendant - Appellant. | No. 03-10498<br><br>D.C. No. CR-02-00475-SOM<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Submitted September 11, 2006[**]

Before:   PREGERSON, T.G. NELSON and GRABER, Circuit Judges.

Yusuf Samori appeals from the district court's judgment and 39-month sentence imposed following his guilty-plea conviction to attempted bank robbery, in violation of 18 U.S.C. § 2113(a). We have jurisdiction pursuant to 28 U.S.C.

---

      [*]   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

      [**]   This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

§ 1291.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Samori has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Samori has not filed a pro se supplemental brief, and the government has not filed an answering brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83 (1988). We affirm the conviction. We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084-85 (9th Cir. 2005) (en banc).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is **AFFIRMED,** and the sentence is **REMANDED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 11 2006

by:
Deputy Clerk

MOATTG ORALSC
6
i

INTERNAL USE ONLY: Proceedings include all events.
03-10498 USA v. Samori

UNITED STATES OF AMERICA           Wes R. Porter, Esq.
    Plaintiff - Appellee       FAX 808/541-2958
                                              808/541-2850
                                              Ste. 6-100
                                              [COR LD NTC aus]
                                              USH - OFFICE OF THE U.S.
                                              ATTORNEY
                                              PJKK Federal Building
                                              300 Ala Moana Blvd.
                                              P.O. Box 50183
                                              Honolulu, HI 96850

  v.

YUSUF SAMORI                       Georgia K. McMillen, Esq.
    Defendant - Appellant       FAX 808/242-4343
                                              808/242-4343
                                              [COR LD NTC cja]
                                              P.O. Box 1512
                                              Wailuku Maui, HI 96793