# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. CA No. 06-10539

U.S. District Court Case No. CR-02-00475 SOM

Short Case Title: United States of America v. Yusuf Samori

Date Notice of Appeal Filed by Clerk of District Court ___7/26/06___

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 0 6 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 07/06/2006 | Rptr: Debra Chun | Hearing, Order to Show Cause Why Supervised Release Should Not Be Revoked |
| 07/21/2006 | Rptr: Cynthia Fazio. | Continued hearing, Order to Show Cause Why Supervised Release Should Not Be Revoked, sentence imposed |

(Attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __09/08/06__  Estimated date for completion of transcript: 10/19/06 (due date set by District Court, order filed 8/29/06)

Print Name of Attorney __Georgia K. McMillen__   Phone Number __(808) 242-4343__

Signature of Attorney _____

Address __Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793__

### SECTION B - To be completed by court reporter

I, _____ have received this designation.
(Signature of court reporter)

(X) Arrangements for payment were made on __9-25-2006__

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__25__ Approximate Number of Pages in Transcript – Due Date __10-25-2006__

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __10/18/06__ Court Reporter's Signature _____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia __11/06/06__ BY: _____
(U.S. District Court Clerk)  (Date)  DEPUTY CLERK