Law Office of Georgia K. McMillen
Georgia K. McMillen, Bar No. 6422
P.O. Box 1512
Wailuku Maui, HI 96793
Tel. / Fax: (808) 242-4343
gmcmillen@earthlink.net
**Attorney for the Defendant, Yusuf Samori**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | D.C. No. CR 02-00475 SOM |
| Plaintiff, | |
| vs. | STIPULATION TO CHANGE RESENTENCING FROM DECEMBER 11, 2006, TO JANUARY 8, 2007. |
| YUSUF SAMORI, | |
| Defendant. | |

### STIPULATION TO CHANGE RESENTENCING HEARING FROM DECEMBER 11, 2006, TO JANUARY 8, 2007, AT 3:45 P.M.

Defendant Yusuf Samori, through counsel Georgia K. McMillen, and Plaintiff United States of America, through counsel Assistant U.S. Attorney Chris Thomas, stipulate to change the current hearing date and time for resentencing from December 11, 2006, at 3:00 p.m., to the new hearing date and time of January 8, 2007, at 3:45 p.m.

IT IS SO STIPULATED.


 /s/ Chris Thomas             /s/ Georgia K. McMillen
Chris Thomas                 Georgia K. McMillen
Assistant U.S. Attorney      Counsel for Defendant Yusuf Samori

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; December 4, 2006.



_____
Susan Oki Mollway
United States District Judge




United States of America v. Yusuf Samori; Cr. No. 02-00475 SOM; STIPULATION TO CHANGE RESENTENCING HEARING FROM DECEMBER 11, 2006, TO JANUARY 8, 2007, AT 3:45 P.M.