GEORGIA K. MCMILLEN, #6422
P.O. Box 1512
Wailuku Maui, Hawai'i 96793
Telephone: (808) 242-4343
Facsimile: (808) 242-4343
Email: gmcmillen@earthlink.net

Attorney for Defendant Yusuf Samori

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR 02-00475  SOM |
| Plaintiff, ) | |
| ) | Defendant's Non-Hearing Motion to |
| Vs ) | Continue Sentencing; Declaration of |
| ) | Counsel; Exhibit A; |
| YUSUF SAMORI, ) | Certificate of Service. |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE SENTENCING

Comes now Defendant YUSUF SAMORI (Mr. Samori), by and through his appointed legal counsel, GEORGIA K. MCMILLEN, and hereby moves this Honorable Court for an order to continue sentencing, currently scheduled to proceed on February 15, 2007, at 2:15 p.m., for at least 30 days, or until such time

1

as he is transported back to Hawaii from his current place of incarceration at the Federal Medical Center in Butner, North Carolina.

This motion is brought as a non-hearing motion, to be decided upon based on the parties' papers. This motion is based upon Rule 47 of the Federal Rules of Criminal Procedure, and the attached Declaration of Counsel.

Dated:   January 29, 2007.

                Respectfully submitted,

                  /s/ Georgia K. McMillen
                Georgia K. McMillen #6244

                Law Office of Georgia K. McMillen
                P.O. Box 1512
                Wailuku Maui, Hawai'i 96793
                Telephone/Fax:   (808) 242-4343
                Attorney for Defendant-Appellant