

**Justice**

**Prisons**

U.S. Department of

Federal Bureau of

*Federal Medical Center*
*Federal Correctional Complex*
*Post Office Box 1600*
*Butner, North Carolina 27509*

January 23, 2006

FROM:   Tiffany William PA-C/James Winston, M.D.

SUBJECT:   Samori, Yusef  Reg. #89905-022

Mr. Samori is a 59 year old male who was diagnosed with suspected vocal cord carcinoma in early 2006. He reports being evaluated by an Ear Nose and Throat (ENT) specialist while incarcerated who recommended further evaluation and treatment. However, Mr. Samori was released from prison and did not follow up with ENT again until he was re incarcerated in June, 2006.  On November 3, 2006 a surgical procedure was performed with Carbon Dioxide laser treatment. Post operatively a diagnoses was made of papillary squamous cell carcinoma of the right anterior vocal cord. Radiation treatment were initiated in Hawaii, and Mr. Samori was transferred to Butner, North Carolina on December 5, 2006 to the Federal Medical Center. The radiation treatments have continued and are expected to be completed some time around February 14, 2007. The oncology and medical team at FMC, Butner will not medically clear Mr. Samori for transfer until his treatment has been completed. After treatment, Mr. Samori should follow up with the radiation oncologist.  Mr. Samori's other medical conditions will need to be managed by appropriate medical staff to include a urologist for his recurrent right side

If you have any further questions, please contact us at 919-575-3900.

_____
Tiffany Williams PA-C, Physician Assistant

_____
James Winston M.D. Medical Officer