## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following at their last known address:

Served electronically through CM/ECF:      chris.thomas@usdoj.gov

>Chris Thomas, Asst. U.S. Attorney
>United States Attorney's Office
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6100
>Honolulu, HI 96813
>     Attorney for Plaintiff-Appellee
>     UNITED STATES OF AMERICA

DATED:   Wailuku Maui, Hawai'i
         January 29, 2007

                                          __/s/ Georgia K. McMillen_____
                                          Georgia K. McMillen
                                          Attorney for Defendant