# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | CR-02-00475-SOM |
| ) | | |
| Plaintiff, ) | | ORDER GRANTING NON-HEARING |
| ) | | MOTION TO CONTINUE |
| vs. ) | | SENTENCING |
| ) | | |
| YUSUF SAMORI, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

## ORDER GRANTING NON-HEARING
## MOTION TO CONTINUE SENTENCING

Defendant YUSUF SAMORI, having moved this Court for an order to continue sentencing for at least 30 days from the current date of February 15, 2007; and

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's Non-Hearing Motion to Continue Sentencing is granted. The new sentencing date will be on **March 15, 2007, at 2:15 p.m.**, in the United States District Court for the District of Hawai'i.

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; February 2, 2007.



_____
Susan Oki Mollway
United States District Judge

United States of America v. Yusuf Samori; CR-02-00475-SOM; ORDER GRANTING NON-HEARING MOTION TO CONTINUE SENTENCING