# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:   February 27, 2007

To:   United States Court of Appeals       Attn:   ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                              (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103        ( )   Judge

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:         CR 02-00475SOM           Appeal No:   06-10539
Short Title:   USA vs. Yusuf Samori

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 4 sealed documents

Acknowledgment: _____   Date: _____

cc: counsel