Georgia K. McMillen, 6422
P.O. Box 1512
Wailuku Maui, HI 96793
Tel. / Fax: (808) 242-4343
gmcmillen@earthlink.net
**Attorney for the Defendant, Yusuf Samori**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | D.C. No. CR 02-00475-SOM |
| Vs. | EX PARTE MOTION FOR AUTHORIZATION TO TRAVEL; DECLARATION OF COUNSEL. |
| YUSUF SAMORI, Defendant. | |

### EX PARTE MOTION FOR AUTHORIZATION TO TRAVEL; DECLARATION OF COUNSEL.

COMES NOW GEORGIA K. MCMILLEN, Criminal Justice Act (CJA) attorney for the Defendant YUSUF SAMORI, ("Defendant"), and hereby files this ex parte motion for a authorization to travel to the resentencing hearing, currently scheduled for March 15, 2007, at 2:15 p.m., before the Honorable Susan Oki Mollway, at the United States District Court, located in Honolulu, Hawai'i.

This motion is based upon the accompanying Declaration of Counsel; and all the records filed in this matter.

DATED: Wailuku Maui Hawai'i, March 2, 2007.

Respectfully submitted,

.   /s/ Georgia K. McMillen
    GEORGIA K. MCMILLEN
    Attorney for the Defendant, YUSUF SAMORI.