LAW OFFICE OF GEORGIA K. MCMILLEN

Georgia K. McMillen, 6422
P.O. Box 1512
Wailuku Maui, HI 96793
Tel. / Fax: (808) 242-4343
gmcmillen@earthlink.net
**Attorney for the Defendant, Yusuf Samori**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | D.C. No. CR 02-00475-SOM |
| Vs. | |
| YUSUF SAMORI, Defendant. | DECLARATION OF COUNSEL. |

DECLARATION OF COUNSEL

1. I am an attorney duly admitted to practice law before United States District Court Hawai'i. On November 22, 2005, this Court appointed me under the Criminal Justice Act to provide legal representation for the Defendant. I make this declaration based upon my own personal knowledge.

2. This matter is currently scheduled for a resentencing hearing before the Honorable Susan Oki Mollway, at the United States District Court located in Honolulu Hawai'i, on March 15, 2007, at 2:15 p.m. I reside and work on the island of Maui.

3. To attend the resentencing hearing on March 16, 2007, I need to travel from the island of Maui to the United States District Court in Honolulu on the Island of 'O'ahu.

4. Therefore, I respectfully request that this Court authorize travel costs sufficient to cover all air and ground transportation to attend the resentencing hearing on March 15, 2007, at the United States District Court in Honolulu, or for any other date the Court may select for the hearing.

5. For all the above-listed reasons, the Declarant respectfully requests that this Court grant this ex Parte Motion for Authorization to Travel.

DATED:    Wailuku Maui, Hawai'i, March 2, 2007.

    /s/ Georgia K. McMillen
GEORGIA K. MCMILLEN
Attorney for the Defendant Yusuf Samori

2