# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | D.C. NO. CR 02-00475-SOM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| YUSUF SAMORI, | |
| Defendant. | |

### ORDER GRANTING EX PARTE MOTION FOR AUTHORIZATION TO TRAVEL TO SENTENCING HEARING

The ex parte motion of Georgia K. McMillen, Esq., appointed counsel for the defendant YUSUF SAMORI, under the Criminal Justice Act, for travel authorization to attend the sentencing hearing in the United States District Court, Hawai'i, is granted.

Counsel is authorized to incur expenses for round-trip airfare between Maui and Honolulu, and ground transportation between the airport and the district court, to attend the sentencing hearing currently scheduled for March 15, 2007, or at any other date and time the Court schedules for the sentencing hearing.

So, Ordered,

DATED: Honolulu, Hawaii; March 5, 2007.



_____
Susan Oki Mollway
United States District Judge

2