<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following at their last known address:

Served electronically through CM/ECF:

>chris.thomas@usdoj.gov
>Chris Thomas, Asst. U.S. Attorney
>United States Attorney's Office
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6100
>Honolulu, HI 96813
>>Attorney for Plaintiff-Appellee
>>UNITED STATES OF AMERICA

Served by mailing said copy via the U.S. Mail on March 12, 2007:

>Anne Shimokawa, Sr. U.S. Probation Officer
>United States Department of Probation
>300 Ala Moana Blvd.
>Honolulu, Hawai'i 96813

DATED:  Wailuku Maui, Hawai'i, March 12, 2007.

>__/s/ Georgia K. McMillen_____
>Georgia K. McMillen