# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/15/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 02-00475SOM

CASE NAME:          USA vs. Yusuf Samori

ATTYS FOR PLA:      Chris Thomas

ATTYS FOR DEFT:     Georgia McMillen

                            Anne Shimokawa (USPO)

---

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | ESR-LG |
| DATE: | 3/15/2007 | TIME: | 2:15 - 2:25 |

---

COURT ACTION:  EP: Resentencing -

Defendant Yusuf Samori present and in custody.

Discussion held re: status of this case.

Defendant has served the original prison term, and there is nothing left for the Court to address.

Court stated that the original sentence that was imposed was reasonable in light of 18 USC 3553(a), and it would have imposed the same sentence even if it knew that the sentencing guidelines were advisory at the time of sentencing.

Court to enter a new judgment.

Submitted by: Toni Fujinaga, Courtroom Manager.