# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 27, 2007

To:  United States Court of Appeals   Attn: ( ) Civil
     For the Ninth Circuit
     Office of the Clerk   (✓) Criminal
     95 Seventh Street
     San Francisco, California 94103   ( ) Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 0 2 2007
DISTRICT OF HAWAII

DC No:       CR 02-00475SOM        Appeal No:   06-10539

Short Title:   USA vs. Yusuf Samori

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 4 sealed documents

FILED
MAR ? 1 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Acknowledgment: _____S·DNIS_____   Date: _____

cc: counsel