**FILED**

NOT FOR PUBLICATION

JUN 07 2007

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-10539 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00475-SOM |
| v. | |
| YUSUF SAMORI, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Submitted June 5, 2007[**]

Before:    LEAVY, RYMER and T.G. NELSON, Circuit Judges.

Yusuf Samori appeals from the district court's judgment revoking his supervised release and imposing a 12-month sentence.

---

[*]  This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]  This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Samori's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED**.

A TRUE COPY
ATTEST  6/29/14
CATHY A. CATTERSON
Clerk of Court
by
Deputy Clerk