AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

CASE NUMBER:     1:02CR00475-001 SOM
DEFENDANT:       YUSUF SAMORI

CC'd Financial

Judgment - Page 2 of 6

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 03 2007

at 10 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of THIRTY NINE (39) MONTHS.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
     1) FDC Honolulu; 2) Alcohol Treatment; 3) Drug Treatment; and 4) Mental Health Treatment.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

J+C Defendant delivered on 4-19-07 to FMC Butner

at Butner, NC , with a certified copy of this judgment.

_____
A. F. Beeler, Warden
UNITED STATES MARSHAL

By _____
K Davis, GS BUH
Deputy U.S. Marshal