United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: February 27, 2007

To: United States Court of Appeals   Attn: ( )   Civil
    For the Ninth Circuit
    Office of the Clerk                     (✓)   Criminal
    95 Seventh Street
    San Francisco, California 94103         ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 02-00475SOM         Appeal No:   06-10539

Short Title:  USA vs. Yusuf Samori


Clerk's Files in        1         volumes  (✓) original  ( ) certified copy

Bulky docs                        volumes (folders)  docket #

Reporter's              1         volumes  (✓) original  ( ) certified copy
Transcripts

Exhibits                          volumes  ( ) under seal

                                  boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 4 sealed documents

RECEIVED
CLERK U.S. DISTRICT COURT  MAR 0 1 2007

Acknowledgment: _____S. DNIS_____   JAN 22 2008    Date: _____
                                    DISTRICT OF HAWAII

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc: counsel